IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., a private limited company organized in the country of Singapore,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>Defendants. | Case No.: 1:24-cv-02015<br><br>Judge: Hon. Sharon J. Coleman |

## PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT AND RELEASE OF SURETY BOND

Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully moves for entry of final judgment in this action pursuant to Fed. R. Civ. P. 58(d) in the form of the proposed order attached hereto as Exhibit 1. In support of its request, Roadget states as follows:

1. Roadget filed this action against the six Defendants listed on Schedule A to the Complaint on March 8, 2024. Dkt. 1.

2. This Court dismissed all Defendants in this suit, the last of which was Defendant No. 4, Yiwushi Chuyu E-commerce Co. Ltd. d/b/a VIGOCASEY PLUS, dismissed on September 25, 2024. The dismissal of Defendant No. 4 ends this action.

3. Pursuant to Fed. R. Civ. P. 58(d), Roadget respectfully requests entry of an order of final judgment in the form of the proposed order attached hereto as Exhibit 1.

4. Roadget also requests the release of the surety bond submitted to the Court

pursuant to its Temporary Restraining Order (Dkt. 24).

Dated: October 14, 2024             Respectfully submitted,

<u>/s/ Steven J. Horowitz</u>
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor J. Wilson
Michael C. Springer-Ingram
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff Roadget Business Pte. Ltd.*